# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY FABRICANT and SIDNEY NAIMAN,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **RESPONSE MARKETING GROUP LLC, D/B/A SNAP FLIP; SCOTT YANCEY; and** DOES 1-10, AND EACH OF THEM, <br><br> Defendants. | Case No. CV 20-5739-GW-AGRx <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Notice of Plaintiff this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 31st day of August, 2020.

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE